VON S. HEINZ
Nevada Bar No. 859
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)
Attorneys for Defendant
*Life Insurance Company of North America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA CHAPMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, as Claims Administrator for American Management Services, LLC Insurance Plan, a Pennsylvania Corporation,<br><br>　　　　　　Defendants. | Case No.:   2:13-cv-00856-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED between plaintiff Debra Chapman ("Chapman"), by her attorney Julie A. Mersch of the Law Offices of Julie A. Mersch, and defendant Life Insurance Company of North America, by its attorney Von S. Heinz of Lewis and Roca LLP, that Chapman's complaint, and all claims and causes of action expressed therein, shall be and hereby is dismissed with prejudice against Life Insurance Company of North America, each party to bear her/its own costs and attorneys' fees.

///

///

///

No trial date has been set in this case.

| | |
|---|---|
| LAW OFFICES OF JULIE A. MERSCH | LEWIS AND ROCA LLP |
| By /s/ Julie A. Mersch<br>JULIE A. MERSCH<br>Nevada Bar No. 4695<br>1100 E. Bridger Avenue<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff<br>DEBRA CHAPMAN<br>Dated:  August 1, 2013 | By /s/ Von S. Heinz<br>VON S. HEINZ<br>Nevada Bar No. 859<br>Suite 600<br>3993 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br>Dated: August 1, 2013 |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  08/07/2013**